# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: REAPPOINTMENT TO | : | No. 611 |
|---|---|---|
| | : | |
| DOMESTIC RELATIONS PROCEDURAL | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| RULES COMMITTEE | : | |

## O R D E R

**PER CURIAM:**

AND NOW, this 10th day of December, 2014, David J. Slesnick, Esquire, Allegheny County, is hereby reappointed as a member of the Domestic Relations Procedural Rules Committee for a term of three years commencing January 25, 2015.